UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 21  10 35 AM '03
DISTRICT COURT
NEW HAVEN, CONN.

Janet Bauer,

        Plaintiff,    :    NO.    3:02cv2220 (MRK)

v.

Guaranty National Bank
of Tallahassee

        Defendant.

## ORDER ON PENDING MOTIONS

The parties having conferred with the Court on October 20, 2003 regarding the above-captioned case, the following is ordered:

1. Defendant's Motion for Stay of Proceeding [Doc. #20] is GRANTED by consent of the parties. The parties will report to this Court by November 21, 2003, detailing the status of the case;

2. Defendant's Motion to Dismiss [Doc. #13] is DENIED without prejudice to renew at a later date if necessary.

IT IS SO ORDERED.

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: October 20, 2003