10/01/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday October 20, 2003

2:45 p.m.

FILED
Oct 21  3 26 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

CASE NO.   3-02-cv-2220 Bauer v Guaranty Natl Bank
-------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Tracy M. Collins | Waller, Smith & Palmer, P.C., 52 Eugene O'Neill Dr., Po Box 88, New London, CT 860-442-0367 |
| Susan L. DiMaggio | Waller, Smith & Palmer, P.C., 52 Eugene O'Neill Dr., Po Box 88, New London, CT 860-442-0367 |
| John C. Fitzgerald Jr. | Cranmore, Fitzgerald & Meaney, 49 Wethersfield Ave., Hartford, CT 860-522-9100 |
| Doreen Watson | Waller, Smith & Palmer, P.C., 52 Eugene O'Neill Dr., Po Box 88, New London, CT 860-442-0367 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK


**STATUS CONFERENCE HELD**

DATE: 10/20/03

2:45 - 2:50 pm