UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Janet Bauer, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:02cv2220 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| Guaranty National Bank of Tallahassee | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

The parties are hereby ordered to file a written joint status report to the Court by January 26, 2004, detailing the status of the case.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: <u>January 13, 2004</u>.