# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Janet Bauer,                          :
                                      :
                        Plaintiff,    :      NO.    3:02cv2220 (MRK)
                                      :
v.                                    :
                                      :
                                      :
Guaranty National Bank                :
of Tallahassee                        :
                                      :
                        Defendant.    :

## **ORDER**

In light of the status report filed on January 26, 2004 [doc. #26] and the pending settlement of the litigation in the Western District of Pennsylvania, this action will be dismissed on February 27, 2004, unless the parties show cause before that time why the case should not be dismissed

IT IS SO ORDERED.

/s/          Mark R. Kravitz
                        U.S.D.J.

Dated at New Haven, Connecticut: January 28, 2004.