## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Janet Bauer, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:02cv2220 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| Guaranty National Bank of Tallahassee | : | | |
| | : | | |
| Defendant. | : | | |

## **ORDER**

In light of the Response to Order to Show Cause [doc. #28], the case is DISMISSED without prejudice to Plaintiff's right to reinstate the action within twenty days of any decision by the Court of Appeals overturning the Western District of Pennsylvania's Order approving the settlement.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: February 26, 2004.